IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROSE ADAMA DURU,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:18-CV-691-L-BN** |
| | § | |
| **KAISER PERMANENTE GEORGIA;** | § | |
| **THE SOUTHEAST PERMANENTE** | § | |
| **MEDICAL GROUP; KAISER FAMILY** | § | |
| **FOUNDATION; KIM KAISER; KERRY** | § | |
| **KOHNEN; HENRIETTA KING;** | § | |
| **DR. ROBERT 'ROB' SCHREINER;** | § | |
| **BANK OF AMERICA; WELLS FARGO;** | § | |
| **JP MORGAN CHASE BANK;** | § | |
| **CITIBANK/CITIGROUP; OMAR** | § | |
| **RAMIREZ; PROSPERITY BANK; and** | § | |
| **NATIONSTAR MORTGAGE,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case was referred for screening to United States Magistrate Judge David L. Horan, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 8, 2018, recommending that the court dismiss without prejudice the action, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute or comply with a court order because Plaintiff failed to pay the requisite filing fee in accordance with the magistrate judge's October 15, 2014 order. No objections were filed to the Report.

Having reviewed the pleadings, file, record, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are

correct, **accepts** them as those of the court, and **dismisses without prejudice** this action, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and comply with a court order.

**It is so ordered** this 5th day of July, 2018.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge